**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 09-1433

EUGENE P. HARRISON,

            Plaintiff – Appellant,

      v.

JOHN CL DARBY, Owner of Rental Property Management LLC; DAWN
BROWN, Property Manager,

            Defendants – Appellees.

Appeal from the United States District Court for the District of
South Carolina, at Charleston.  Patrick Michael Duffy, District
Judge.  (2:08-cv-03874-PMD)

Submitted:  October 15, 2009          Decided:  October 19, 2009

Before SHEDD, DUNCAN, and AGEE, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Eugene P. Harrison, Appellant Pro Se.  David Jay Parrish, NEXSEN
PRUET, Charleston, South Carolina, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Eugene P. Harrison appeals the district court's order accepting the recommendation of the magistrate judge and granting summary judgment to the Defendants in his civil action. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Harrison v. John CL Darby, No. 2:08-cv-03874-PMD (D.S.C. April 10, 2009). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED